# RELMAN, DANE & COLFAX PLLC

1225 19TH STREET NW SUITE 600
WASHINGTON, DC 20036-2456

TEL 202-728-1888
FAX 202-728-0848
WEBSITE WWW.RELMANLAW.COM

December 6, 2010

**PRIVILEGED AND CONFIDENTIAL**

Diana Bruno
Executive Director
Fair Housing Council of the San Fernando Valley
8134 Van Nuys Blvd., # 206
Panorama City, CA 91402

Dear Ms. Bruno:

We are pleased that Fair Housing Council of the San Fernando Valley (the "Client") has engaged Relman, Dane & Colfax PLLC (the "Firm") to provide legal services in connection with the litigation of False Claims Act allegations against the City of Los Angeles and/or the Community Redevelopment Agency of the City of Los Angeles that are described more fully below. The purpose of this letter is to set forth our mutual understanding with respect to the provision of legal services and the bases upon which our fees and related expenses will be charged and paid.

**Terms of Representation**

We agree to represent you in the civil suit you commenced under the False Claims Act for declaratory and injunctive relief, and for damages, penalties, and interest, against the City of Los Angeles and/or the Community Redevelopment Agency of the City of Los Angeles and potentially others, based on the Defendants' alleged submission of false statements and false claims to the United States government in order to receive CDBG and related funds and payments from the United States (the "Litigation"). You intend to commence this action with a co-relator, Mei Ling. The Firm proposes to represent you and the co-relator, pursuant to the terms of the Multiple Representation paragraph below.

Our representation of you will be limited to the Litigation only. While we would be pleased to consider representing you on additional matters as they may arise from time-to-time, we must approve each such matter separately. The Firm will consider representing you in connection with any appeal of the Litigation, but does not agree to undertake such representation at this time.

RELMAN, DANE & COLFAX PLLC

Diana Bruno
December 6, 2010
Page 2

**Costs and Attorneys' Fees**

<u>1. Attorneys' Fees</u>

In the event relief is obtained, the Client agrees that the Firm is entitled to its reasonable attorneys' fees, in addition to the costs described below. The Firm's fees shall be calculated as follows:

> A. If the Litigation is resolved by a lump sum settlement or offer of judgment that provides for a monetary award to the Client but makes no separate provision for fees and waives the Client's right to seek court-awarded fees, the Firm shall be entitled to one-third (33 1/3%) of the monetary award, in addition to costs, or the Firm's actual fees and costs (calculated in the manner described below), whichever is greater.

> B. If the Litigation is resolved by summary judgment or a trial at which the Client prevails, the Firm shall be entitled to one-third (33 1/3 %) of the monetary amount awarded to the Client in the court proceeding, in addition to costs, or the court's award of statutory fees and costs, whichever is greater. The Firm will ask the court to award attorneys' fees and costs, to be paid by the Defendants. If the amount awarded by the court is less than one-third of the monetary amount awarded by order or judgment, the Client shall be responsible for paying the Firm the difference between the court-awarded fees and one-third of the monetary award to the Client.

> C. The Firm's attorneys' fees will be calculated utilizing the "lodestar" method. The "lodestar" amount reflects the number of hours worked multiplied by a reasonable hourly rate for the work performed. Charges for lawyers and legal assistants will be at our regular hourly rates in effect when the services are paid. Currently, the Firm's hourly rates range from $725 for senior lawyers to $275 for junior associates, and from $140 to $175 for legal assistants and interns. The rates for particular individuals are adjusted from time to time, usually as of January 1.

> D. If the Litigation is resolved in a manner in which the Client does not prevail, the Client will not be responsible for any fees incurred by the Firm and will be responsible only for the costs of the Litigation to the extent set forth herein.

<u>2. Costs</u>

RELMAN, DANE & COLFAX PLLC

Diana Bruno
December 6, 2010
Page 3

The Client shall not be responsible for reimbursing the Firm for out-of-pocket expenses ("costs") incurred in connection with this Matter unless the Matter is resolved by settlement, offer of judgment, or trial, at which time the Firm will be reimbursed for costs as described above. Costs include, but are not limited to, duplicating costs, telephone charges, postage, travel, computer research, filing fees, deposition costs, and the like.

**Multiple Representation**

The Client understands that the Firm represents the Client and Mei Ling in the Litigation. The Firm does not perceive an actual conflict of interest in the representation of the Client and other individuals mentioned above. However, the Firm has discussed with the Client the fact that a conflict might arise or exist in this situation. Although the Client may share many interests with the other plaintiff, the Client's interests may not be identical in all respects and by representing more than one client, a question may arise regarding the Firm's exercise of independent judgment on behalf of each individual client. The Client acknowledges the Firm's discussion of the existence and nature of the possible conflict and the possible adverse consequences of such representation. The Client agrees to waive any conflict of interest that may exist or arise by the Firm's representation of multiple parties in this case. Finally, the Client agrees that the Firm may continue to represent any of the other individual plaintiffs even if the Client chooses to end the attorney-client relationship with the Firm for any reason.

**Right to Withdraw from Representation**

The Client understands that the Firm has agreed to provide legal representation in the Litigation because it believes, on the basis of the facts now known, that the case raises important civil rights issues affecting both the Client and other persons protected by the civil rights laws. The Client further understands that if the Firm determines on the basis of newly discovered facts or changed circumstances that in its professional legal judgment the claims in the Litigation should be dismissed, settled, or otherwise disposed of, and if the Client will not consent to such settlement, dismissal or disposition, the Firm reserves the right to withdraw from further representation in connection with the Litigation. In that event, the Firm agrees to assist the Client in locating replacement counsel.

RELMAN, DANE & COLFAX PLLC

Diana Bruno
December 6, 2010
Page 4

**Choice of Law**

This Retainer Agreement shall be governed in accordance with the laws of the District of Columbia without regard to the conflict of laws provisions thereof.

**Signatures**

This agreement between the Client and the Firm is not set by law, but is negotiable between the attorney and client. If the terms of the engagement are acceptable to you, please sign and return to us this letter. Your signature below signifies that you have carefully read over and fully understand the above and request the services and assistance described therein. A copy of the Agreement that has been executed by the Firm is enclosed. You should sign and retain that copy for your records.

Once again, we are very pleased that you have engaged Relman, Dane & Colfax PLLC in this matter.

Sincerely,

RELMAN, DANE & COLFAX PLLC

By: _____
     Michael Allen

ACCEPTED AND AGREED TO:

By: _____        Date: _12/8/10_____
     Diana Bruno

RECEIVED

DEC 1 3 2010

By