# Relman Fee Agreement in the Event of a Recovery

Attorneys' Fees

In the event relief is obtained, the Client agrees that the Firm is entitled to its reasonable attorneys' fees. The Firm's fees shall be calculated as follows:

A. If the Litigation is resolved by a lump sum settlement or offer of judgment that provides for a monetary award to the Client but makes no separate provision for fees and waives the Client's right to seek court-awarded fees, the Firm shall be entitled to one-third (33 1/3%) of the monetary award, in addition to costs, or the Firm's actual fees and costs (calculated in the manner described below), whichever is greater.

B. If the Litigation is resolved by summary judgment or a trial at which the Client prevails, the Firm shall be entitled to one-third (33 1/3%) of the monetary amount awarded to Client in the court proceeding, in addition to costs, or the court's award of statutory fees and costs, whichever is greater. The Firm will ask the court to award attorneys' fees and costs, to be paid by the Defendants. If the amount awarded by the court is less than one-third of the monetary amount awarded by order or judgment, the Client shall be responsible for paying the Firm the difference between the court-awarded fees and one-third of the monetary award to the Client.

C. The Firm's attorneys' fees will be calculated utilizing the "lodestar" method. The "lodestar" amount reflects the number of hours worked multiplied by a reasonable hourly rate for the work performed.



A. Was there a lump sum settlement that:
  1) did not recover attorney fees, **and**
  2) actually waived the right to seek court-awarded fees?

Yes → Relman fee is the greater of 1/3 of the settlement amount, or its hourly fees.

No ↓

B. Did Relman firm resolve the case by winning a Summary Judgment or Trial Judgment?

Yes → Relman fee is the greater of 1/3 of the court award, or its hourly fees.

No ↓

C. The Firm's attorneys' fees will be calculated by the number of hours worked multiplied by a reasonable hourly rate.