Sharon Kinlaw <skinlaw@gmail.com>

# False Claims Case:Termination of Services

**Sharon Kinlaw** <skinlaw@gmail.com>　　　　　Sun, Dec 18, 2016 at 6:52 PM
To: Michael Allen <MAllen@relmanlaw.com>, John Relman <JRelman@relmanlaw.com>, "okojielaw@aol.com" <okojielaw@aol.com>, David Iyalomhe <david@doialaw.com>
Cc: Lisa.Palombo@usdoj.gov, Eric.Schmelzer@usdoj.gov, Loretta Kelly-Denkins <netloretta1@hotmail.com>, Juanita Bankhead <jbankhead@lafirecu.org>, Don Bagwell <DBagwell@skylinehomeloans.com>, Michelle <affhsgservices@sbcglobal.net>, Sandra Couch <scouch@fairhousingcouncil.org>, fyi123 <fyi123@pacbell.net>

Michael Allen and John Relman

We believe your firm has not been forthcoming as it relates to your communications with the City (and others) about the FCA case. As such, we believe that the civil rights of persons with disabilities, taxpayer dollars and the relator's interest have been severely put at risk.

After many months of thoughtful deliberation contemplating this decision, we are now requesting that Relman, Dane & Colfax lawyers have no further communication (on behalf of the FHC) with Lisa Palombo, Eric Schmelzers or any other DOJ, HUD or City employee including, but not limited to Miquel Santana, Jim Clark or Harvey Korman as it relates to the False Claims matter and/or global settlement discussions.

Moreover, we believe Relman, Dane & Colfax have disqualified itself from the False Claims Act case. For some time now, we have expressed our concern related to your law firm using the FCA matter in a global settlement context as leverage in the 504 case, we have also made known our objections regarding your communications with the City regarding the "side letter".

**As a matter of justice, we believe it is reprehensible under any circumstances to provide a "credit" to offset damages paid for deceiving taxpayers and violating civil rights law. To request or suggest otherwise is offensive to the Fair Housing Council's mission and sets a bad precedent as a matter of moral turpitude.**

Lastly, there are several other previously identified concerns which call into question how your firm's fiduciary obligations to the Fair Housing Council have not been met. We have requested and are waiting to receive your billing records; we ask that you forward the information to us so that we may immediately begin to discuss and negotiate your fees and expenses relative to the retainer agreement.

Should you have any further questions or concerns, we ask that you direct them to David Iyalomhe and/or Odion Okojie.

Respectfully submitted ,

Sharon Kinlaw

Executive Director

Fair Housing Council of the San Fernando Valley