Ryan H. Weinstein (Bar No. 240405)
rweinstein@cov.com
COVINGTON & BURLING LLP
1999 Avenue of the Stars, Suite 3500
Los Angeles, California 90067-4643
Telephone: + 1 (424) 332-4800
Facsimile: + 1 (424) 332-4749

Benjamin J. Razi (admitted *pro hac vice*)
brazi@cov.com
Andrew Soukup (admitted *pro hac vice*)
asoukup@cov.com
Steven Winkelman (admitted *pro hac vice*)
swinkelman@cov.com
COVINGTON & BURLING LLP
One CityCenter
850 Tenth Street, NW
Washington, DC 20001-4956
Telephone: + 1 (202) 662-6000

*Attorneys for Plaintiff / Counter-Defendant*
RELMAN, DANE & COLFAX PLLC

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| RELMAN, DANE & COLFAX PLLC,<br><br>Plaintiff,<br><br>v.<br><br>FAIR HOUSING COUNCIL OF SAN FERNANDO VALLEY AND MEI LING,<br><br>Defendants. | Case No. 2:19-cv-08612-PSG-JC<br><br>**DECLARATION OF STEVEN J. WINKELMAN IN SUPPORT OF RELMAN, DANE & COLFAX PLLC'S REQUEST FOR JUDICIAL NOTICE**<br><br>Hearing Date: February 24, 2020<br>Hearing Time: 1:30 p.m.<br>Judge: Honorable Phillip S. Gutierrez<br>Courtroom 6A |

| | |
|---|---|
| 1 | MEI LING, |
| 2 | |
| 3 |     Counter-Claimant, |
| 4 |     v. |
| 5 | RELMAN, DANE & COLFAX PLLC, |
| 6 | |
| 7 |     Counter-Defendant. |

## DECLARATION OF STEVEN J. WINKELMAN

I, Steven J. Winkelman, declare:

1. I am an Associate at Covington & Burling LLP, which represents Plaintiff and Counter-Defendant Relman, Dane & Colfax PLLC (the "Relman Firm") in this action. This declaration is offered in support of the Relman Firm's Request for Judicial Notice in Support of Its Motion to Dismiss. I make this declaration of personal, firsthand knowledge and, if called and sworn as a witness, I could and would testify competently thereto.

2. Attached hereto as **Exhibit 1** is a true and correct copy of the Declaration of Mei Ling in Support of Defendant Mei Ling's Motion to Dismiss or Transfer.

3. Attached hereto as **Exhibit 2** is a true and correct copy of Defendant Mei Ling's Memorandum of Points and Authorities in Support of Her Motion to Dismiss.

4. Attached hereto as **Exhibit 3** is a true and correct copy of Memorandum and Points & Authorities in Support of Mei Ling's Consent to Leave & Objection to Notice of Lien, filed August 4, 2017 in *United States ex rel. Mei Ling v. City of Los Angeles*, No. 2:11-cv-00974.

5. Attached hereto as **Exhibit 4** is a true and correct copy of CRA/LA's Notice of Motion and Motion to Dismiss and Memorandum of Points and Authorities, filed November 13, 2017 in *United States ex rel. Mei Ling v. City of Los Angeles*, No. 2:11-cv-00974.

6. Attached hereto as **Exhibit 5** is a true and correct copy of Order Granting in Part and Denying in Part Defendant City of Los Angeles's Motion to Dismiss and Granting in Part and Denying in Part Defendant CRA/LA's Motion to Dismiss, entered July 25, 2018 in *United States ex rel. Mei Ling v. City of Los Angeles*, No. 2:11-cv-00974.

7. Attached hereto as **Exhibit 6** is what I understand to be a true and correct copy of a December 19, 2016, email from Mei Ling to Michael Allen, John Relman, Scott Chang, and Jamie Crook that was provided by the Relman Firm and that is referenced in Paragraphs 45 and 46 of the Relman Firm's Complaint.

I declare under penalty of perjury that the foregoing is true and correct.

1 | Executed on December 18, 2019, at Washington, DC.

_____
STEVEN J. WINKELMAN