## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | 2:19-cv-08612-PSG-JCx | Date | February 26, 2020 |
| Title | RELMAN, DANE & COLFAX PLLC v. FAIR HOUSING COUNCIL OF SAN FERNANDO VALLEY et al | | |

Present: The Honorable **PHILIP S. GUTIERREZ**

| Wendy Hernandez | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings (In Chambers):**     **ORDER SETTING DATES**

The Court sets the following dates. Please review the Court's trial order for further details.

| | |
|---|---|
| Rule 26(a) (1) Initial Disclosures Due | 02/14/20 |
| Deadline to Amend the Pleadings and Add Parties | 02/28/20 |
| Fact Discovery Cutoff | 06/22/20 |
| Opening Expert Reports Due | 07/22/20 |
| Rebuttal Expert Reports Due | 09/04/20 |
| Expert Discovery Cutoff | 10/02/20 |
| Deadline to File Motions | 10/30/20 |
| Final Pretrial Conference (2:30 p.m.): | 02/08/21 |
| Jury Trial (9:00 a.m.): | 02/23/21 |
| Estimated Length: | 5 days |

Initials of Preparer     wh