1 | JOSEPH H. HUNT
Assistant Attorney General
2 | NICOLA T. HANNA
United States Attorney
3 | DAVID K. BARRETT, AUSA
Chief, Civil Fraud Section
4 | LISA A. PALOMBO, AUSA
ROSS M. CUFF, AUSA (SBN 275093)
5 |      Room 7516, Federal Building
     300 N. Los Angeles Street
6 |      Los Angeles, California 90012
     Tel: (213) 894-7388; Fax: (213) 894-7819
7 |      Email: Ross.Cuff@usdoj.gov
ANDY J. MAO
8 | SARA MCLEAN
WILLIAM C. EDGAR
9 | ERIC SCHMELZER
Attorneys, Civil Division
10 | United States Department of Justice
     175 N Street NE, Room 9.121
11 |      Washington, DC 20002
     Tel: (202) 307-0256; Fax: (202) 307-3852
12 |      Email: Eric.Schmelzer@usdoj.gov

13 | Attorneys for United States of America

14 | UNITED STATES DISTRICT COURT

15 | FOR THE CENTRAL DISTRICT OF CALIFORNIA

16 | WESTERN DIVISION

| | |
|---|---|
| RELMAN COLFAX PLLC, | No. CV-19-08612 PSG (JCx) |
|     Plaintiff, | [PROPOSED] ORDER PERMITTING UNITED STATES' INTERVENTION AND REPLACING THE OPPOSITION AND DECLARATION OF MEI LING WITH REDACTED VERSION |
|     v. | |
| FAIR HOUSING COUNCIL OF SAN FERNANDO VALLEY AND MEI LING, | Hon. Philip S. Gutierrez Courtroom 6A |
|     Defendants. | |
| MEI LING, | |
|     Counter-Claimant, | |
|     v. | |
| RELMAN COLFAX PLLC, | |

1      Counter-Defendant.

For good cause shown, it is hereby ordered that the United States of America's *Ex Parte* Application for Order Permitting United States' Intervention and Replacing the Opposition and Declaration of Mei Ling with Redacted Version is GRANTED.

IT IS ORDERED that:

1.     Pursuant to Federal Rule of Civil Procedure 24, the United States is permitted to intervene in this action for the purpose of protecting its privileged and confidential settlement information, which concerns the related False Claims Act case currently pending before this Court, *United States ex rel. Ling, et al. v. City of Los Angeles*, No. CV-11-00974 PSG (JCx) (the "FCA Action").

2.     Dkt. # 104, which contains privileged and confidential settlement information subject to the United States' common interest privilege, shall be removed from the public docket in this action and replaced with the redacted version submitted as Exhibit 1 to the United States' Application;

3.     All parties other than the United States and Defendant and Counter-Claimant Mei Ling shall return all unredacted copies of Dkt. # 104 to the United States or destroy all copies of these documents in their possession, custody, and control; and

4.     Defendant and Counter-Claimant Mei Ling shall refrain from revealing the United States' privileged and confidential settlement information in any future filings or communications related to this or any other action, unless she obtains prior written authorization from the Court or counsel for the United States. Specifically, Relator Mei Ling shall neither include in her submissions to the Court nor disclose or describe to any party or person (other than her counsel or the United States) any information relating to either (a) confidential communications regarding the FCA Action between counsel for the United States and Ms. Ling or her counsel that took place prior to August 15, 2019, (b) confidential communications with counsel for the United States and/or the Department of Housing and Urban Development for the purpose of providing legal advice related to the FCA Action, (c) documents or other materials prepared by counsel

1  for the United States or their agents in preparation for or the prosecution of the FCA

2  Action, or (d) settlement offers exchanged confidentially by the parties.

3      **IT IS SO ORDERED**.

4

5

6  Dated:_____          _____

7                                            UNITED STATES DISTRICT JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28