Donald R. Warren (CA 138933)
Warren - Benson Law Group
7825 Fay Ave., Ste. 200
La Jolla, CA 92037
Tel: 858-454-2877
Fax: 858-454-5878
donwarren@warrenbensonlaw.com

Phillip E. Benson (CA 97420)
Warren - Benson Law Group
620 Newport Center Dr., Ste 1100
Newport Beach, CA 90630
Tel: 949-721-6636
Fax: 858-454-5878
philbenson@warrenbensonlaw.com

Attorneys for Defendant
Fair Housing Council of San Fernando Valley

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| RELMAN COLFAX PLLC,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>FAIR HOUSING COUNCIL OF SAN FERNANDO VALLEY AND MEI LING,<br><br>　　　　Defendants.<br><br>―――――――――――――<br>MEI LING,<br><br>　　　　Counterclaimant,<br><br>　　vs.<br><br>RELMAN COLFAX PLLC,<br><br>　　　　Counterdefendant. | CASE NO. 2:19-cv-08612 PSG (JCx)<br><br>**ERRATA RE:**<br><br>DEFENDANT FHC'S NOTICE OF MOTION AND MOTION FOR JUDGMENT ON THE PLEADINGS PURSUANT TO FRCP 12(c) [ECF Nos. 108, 108-1]<br><br>DEFENDANT FHC'S REPLY IN SUPPORT OF ITS MOTION FOR JUDGMENT ON THE PLEADINGS PURSUANT TO FRCP 12(c) [ECF Nos. 119, 119-1] |

**TO THE HONORABLE COURT AND TO ALL PARTIES AND COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** of the following corrections to the party status of the Defendant, Fair Housing Counsel of San Fernando Valley ("FHC"), which appears on the title and signature pages of the following documents:

DEFENDANT FHC'S NOTICE OF MOTION AND MOTION FOR JUDGMENT ON THE PLEADINGS PURSUANT TO FRCP 12(c) [and attached items]

[ECF No. 108]

Page 1, Line 6: "Attorneys for *Qui Tam* Plaintiff Fair Housing Council of San Fernando Valley" should be "Attorneys for Defendant Fair Housing Council of San Fernando Valley"

Page 30, Line 11: "Attorney for *Qui Tam* Plaintiff Fair Housing Council of San Fernando Valley" should be "Attorneys for Defendant Fair Housing Council of San Fernando Valley"

[ECF No. 108-1]

Page 1, Line 6: "Attorneys for *Qui Tam* Plaintiff Fair Housing Council of San Fernando Valley" should be "Attorneys for Defendant Fair Housing Council of San Fernando Valley"

Page 8, Line 14: "Attorneys for *Qui Tam* Plaintiff Fair Housing Council of San Fernando Valley" should be "Attorneys for Defendant Fair Housing Council of San Fernando Valley"

DEFENDANT FHC'S REPLY IN SUPPORT OF ITS MOTION FOR JUDGMENT ON THE PLEADINGS PURSUANT TO FRCP 12(c) [and attached

items]

[ECF Nos. 119]

    Page 1, Line 6: "Attorneys for *Qui Tam* Plaintiff Fair Housing Council of San Fernando Valley" should read "Attorneys for Defendant Fair Housing Council of San Fernando Valley"

[119-1]

    Page 1, Line 6: "Attorneys for *Qui Tam* Plaintiff Fair Housing Council of San Fernando Valley" should read "Attorneys for Defendant Fair Housing Council of San Fernando Valley"

    Page , Line 25: "Attorneys for *Qui Tam* Plaintiff Fair Housing Council of San Fernando Valley" should read "Attorneys for Defendant Fair Housing Council of San Fernando Valley"[1]

Respectfully submitted,

Dated: May 21, 2020    Warren - Benson Law Group

/s/ Phillip E. Benson
Phillip E. Benson
Donald R. Warren

Attorneys for Defendant
Fair Housing Council of San Fernando Valley

---

[1] The Fair Housing Council of San Fernando Valley (FHC) is one of two *Qui Tam* Plaintiffs in the related case, *United States ex rel. Mei Ling, et al. v. City of Los Angeles,* Case No. 2:11-cv-00974.

# CERTIFICATE OF SERVICE

I hereby certify that on May 21, 2020, a true and correct copy of the foregoing Errata was served on the following party:

by first class mail:

Mei Ling
6750 Whitsett Ave. #310
North Hollywood, California 91606

Dated: May 21, 2020                    /s/ Phillip E. Benson
                                       Phillip E. Benson