# Exhibit 8

**Rios, Daniel**
___

| | |
|---|---|
| **From:** | M L <mei.ling818@yahoo.com> |
| **Sent:** | Saturday, June 20, 2020 7:31 AM |
| **To:** | SKinlaw@gmail.com; SKinlaw@FairHousingCouncil.org; AffHsgServices@sbcGlobal.net |
| **Cc:** | Razi, Benjamin; Winkelman, Steven; Soukup, Andrew; Rios, Daniel; Weinstein, Ryan H. |
| **Subject:** | Mei Ling Opposition to Inaccurate Testimony / Closure to CV19-8612 Case |
| **Attachments:** | USDC CV11-0974..CV19-8612  FHC Sharon Kinlaw Obligations..On-Going Discrimination (June-July 2017) H.pdf |

**[EXTERNAL]**
**Sharon Kinlaw  /  Michelle White:**

**Cease with the untruthful testimonies and fabricated scenarios under oath ... specifically relating to me.**  What happened to Sharon purporting that**:  "I am a different person today than when all of this first began"**... and, **"it is important that I allow the Holy Spirit to lead me"?**

Regarding Michelle White's June 19, 2020 Deposition  (Media Unit #6 at approximately 1:06pm)  regarding Relman's **Exhibit # 112** - Bate Stamp #18274 documents,  dated December 19, 2016 ... this below concocted **"bad acting"**, is truly sad.

**Ben Razi:**  Are you aware that Ms. Kinlaw sent her email terminating the Relman firm when she did - because this conference was coming up to discuss the status and settlement discussions, and the relators share**?**
**Michelle White:**  My rememberance is that she - she being Sharon Kinlaw sent the email because she knew that there were going to be more conflict, of interests issues coming up ... this time with Mei Ling ... and the idea of having the Relman firm engaged in trying to weigh those two interests was too much.  We had seen what they did in the 504 case, and did not want the same kind of thing in the False Claims Act case.
**Ben Razi:**  What is it that happened in the False Claims Act case in December of 2016 that prompted Ms. Kinlaw's email to the Dept. of Justice and the Relman firm about termination**?**
**Michelle White:**  What happened in the false claims case, not the 504 case**?**
**Ben Razi:**  What happened on or about December 18, 2016 that prompted that email from Ms. Kinlaw**?**
**Michelle White:**  I don't know for sure.  I believe it was related to contact from Mei Ling insisting upon more ... like 100% of the Relator's share, and Sharon knew there was going to be a rather assertive push by Mei Ling to get most of, if not all of the Relator's share ... so, that's my remembrance.  **Ben Razi:**  Do you recall Ms. Kinlaw - do you have a memory of her having concerns about Mei Ling and her ... the respective relator's share that Mei Ling and the FHC might get around December of 2016.
**Michelle White:**  I don't know the date of it ... I can't give you the date, but I know there were issues related to how assertive and kind of directive Mei Ling was, or attempting to be directive to the Fair Housing Council, as well as her attorney, and I believe Odion Okojie.  She knew it was going to be conflictual.
**Ben Razi:**  Do you know that at the time the decision was made to terminate the Relman firm ... did you know that the DOJ had reached out to talk about settlement discussions and Relator's share**?**
**Michelle White:**  I don't remember knowing that at the time.

1

The facts and documented records relating to Sharon Kinlaw's December 18, 2016 termination email to the Dept. of Justice and the Relman firm, was as she testified under oath on June 17, 2020 - written all by herself, for all of the reasons Kinlaw stated therein.  Trying to back-peddle or manufacture different shameful concocted malarky hearsay scenarios by Michelle White, raises credibility issues of not just these two individuals ... but illustrates the charades behind the deposition component of the collaborative, attorney coordinated "day in Court pretenses".  Kinlaw well knows there was <u>never</u> at any time, any dialogue from my mouth to Kinlaw, and <u>never</u> any thought in my mind that I was "insisting upon more ... like 100% of the Relator's share - and Sharon knew there was going to be a rather assertive push by Mei Ling to get most of, if not all of the Relator's share".  The non-sensible premise of this "story", **is inconsistent** with Kinlaw's hundreds of hours of dialogues / phone discussions with me, numerous written communications, in addition to in-person meetings ... including to November 2017.

Kinlaw well knows that there has always, from the on-start, been a "50-50" agreement and understanding of the Relator's share - which I fully expect Kinlaw to honor.  This was confirmed to Don Warren / Phil Benson in 2019 by now "pay-for play" attorney Scott Moore ... including in Michael Allen's June 8, 2020 Deposition testimony.

**Sharon:**  when stating to me in 2017 that before this case is over, "people are going to get thrown under the bus" ... certainly what you are doing is not guided by the Holy Spirit.  You having told me on Sept. 12, 2016 ...  " When I say there are demonic things going on here - I really mean that ...  Not just lawyers … the conditions,  I'm talking about **the inequality, the injustice** ... all of that ... this is the chaos and confusion ... The problem is that I feel I have an assignment from God to do something about this.  I believe this is part of it ... A part of this has to do with bringing down these fake people ... these people that are claiming they are doing something, and they are not ... A part of what has to happen … because these people are getting ready to go out on a world tour … and there are people who are going to be contacting them to handle these same kinds of cases in their community … any **my thing is they need to be stopped and exposed for the liars and the demons that they are, so that other people don't get tricked and mislead** … but I believe I need to get the documents, so the documents are there, and the documents can speak for themselves.  **Had it been me, RDC would have been gone years ago.  Maybe Scott and Odion can make a presentation to our Board**"  ... how is your demonic self-serving acts Sharon to "your co-Relator" - reflective of equality and justice**?**  I have <u>never</u> treated you unfairly, always as a "50-50  co-Relator", helped when you needed a life-line ... and you know this.

**Ben Razi:**  I informed atty. Steven Winkleman on June 18th - that there are answers in the Sharon Kinlaw's June 17th deposition that are <u>not</u> correct ... and now in Michelle White's June 19th Deposition.  Will you kindly call me this weekend so the record may be set straight ... including for me to have all matters with Relman Dane resolved and closed.

Mei Ling
Mei.Ling818@yahoo.com
Ph: (818) 644-3923


 - - - -  Forwarded Message  - - - -
**Sent:**     Monday, December 19, 2016,  5:20:22 PM  PST
**From:**     Scott P. Moore <SPMoore@BairdHolm.com>
**To:**       Mei.Ling818@yahoo.com
**Subject:** Fwd: Today's Call re: the City of LA

Scott Parrish Moore

Sent from my iPhone

Begin forwarded message:

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**Date:** December 19, 2016 at 11:40:26 AM  CST
**From:** OkojieLaw <OkojieLaw@aol.com>
**To:** Schmelzer, Eric (CIV)" <Eric.Schmelzer@usDOJ.Gov>
**Cc:** Michael Allen  <MAllen@RelmanLaw.com>,  David Iyalomhe <David@doiaLaw.com>,  John Relman <JRelman@RelmanLaw.com>,  Scott P. Moore  <SPMoore@BairdHolm.com>,  Palombo, Lisa (USACAC)   <Lisa.Palombo@usDOJ.Gov>
**Subject: Re: Today's Call re: the City of LA**

Eric / Lisa:

As you're aware, the Fair Housing Council has terminated the Relman, Dane, Colfax as its attorney's in the False Claims action.

Odion L. Okojie

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**Sent:** Monday, December 19, 2016  10:37 AM
**From:** Schmelzer, Eric (CIV)  <Eric.Schmelzer@usDOJ.Gov>
**To:** MAllen@RelmanLaw.com;  David Iyalomhe;  Odion Okojie;  John Relman <JRelman@RelmanLaw.com>; Scott P. Moore
**Cc:** Palombo, Lisa (USACAC)
**Subject:** Today's Call re: the City of LA

Counsel:  as you know, we have a call scheduled for 1 pm EST today, at which time we had planned to provide you with an update on the status of the settlement discussions and to discuss relator's share.  We anticipated the call would include Michael Allen, John Relman, Scott Moore, David Iyalomhe, and Odion Okojie.  **Now that we are in receipt of Ms. Kinlaw's e-mail to Michael Allen and John Relman**, on which we were copied, requesting that Relman, Dane & Colfax cease communicating with us, we are uncomfortable proceeding with the currently scheduled call in the absence of confirmation from both firms as to who is representing each of the relators.  Please advise in writing before we speak further.  We would appreciate it.

Best,

Eric Schmelzer
Trial Attorney
United States Department of Justice
Civil Division, Commercial Litigation Branch, Fraud Section
Patrick Henry Building
601 D St. NW,  Room 9220
Washington, DC  20004
202-307-0256
Eric.Schmelzer@usDOJ.Gov

_____

    **Sent:** Monday, December 19, 2016,  8:13:34 AM  PST
    **From:**  Scott P. Moore  <SPMoore@BairdHolm.com>

3

**To:** Mei.Ling818@yahoo.com
**Subject:** FW: False Claims Case:Termination of Services

**Scott P. Moore**
Baird Holm LLP
1700 Farnam Street  -  Suite 1500
Omaha, NE 68102-2068
www.BairdHolm.com

402.636.8268  Direct Dial Phone
402.344.0588  Fax
SPMoore@BairdHolm.com

- - - - Forwarded Message - - - -
**Sent:** Monday, December 19, 2016  10:13 AM  CST
**From:** Odion Okojie  <OkojieLaw@aol.com>
**To:** Scott P. Moore  <SPMoore@BairdHolm.com>
**Subject:** Fwd: False Claims Case:Termination of Services

Odion L. Okojie
Begin forwarded message:

**Date:** December 18, 2016 at 6:52:44 PM  PST
**From:** Sharon Kinlaw <SKinlaw@gmail.com>
**To:** Michael Allen <MAllen@RelmanLaw.com>,  John Relman <JRelman@RelmanLaw.com>,  Odion Okojie  <OkojieLaw@aol.com>, David Iyalomhe <David@doiaLaw.com>
**Cc:** Lisa.Palombo@usDOJ.Gov,  Eric.Schmelzer@usDOJ.Gov,  Loretta Kelly-Denkins <NetLoretta1@hotmail.com>,  Juanita Bankhead <JBankhead@LAFireCU.org>,  Don Bagwell <DBagwell@SkylineHomeLoans.com>,  Michelle <AffHsgServices@sbcGlobal.net>, Sandra Couch <SCouch@FairHousingCouncil.org>,  FYI123 <FYI123@PacBell.net>
**Subject: False Claims Case:Termination of Services**

Michael Allen and John Relman

We believe your firm has not been forthcoming as it relates to your communications with the City (and others) about the FCA case.  As such, we believe that the civil rights of persons with disabilities, taxpayer dollars and the relator's interest have been severely put at risk.

After many months of thoughtful deliberation contemplating this decision, we are now requesting that Relman, Dane & Colfax lawyers have no further communication (on behalf of the FHC) with Lisa Palombo, Eric Schmelzers or any other DOJ, HUD or City employee including, but not limited to Miquel Santana, Jim Clark or Harvey Korman as it relates to the False Claims matter and/or global settlement discussions.

Moreover, we believe Relman, Dane & Colfax have disqualified itself from the False Claims Act case.  For some time now, we have expressed our concern related to your law firm using the FCA matter in a global settlement context as leverage in the 504 case, we have also made known our objections regarding your communications with the City regarding the "side letter".

**As a matter of justice, we believe it is reprehensible under any circumstances to provide a "credit" to offset damages paid for deceiving taxpayers and violating civil rights law.  To request or suggest otherwise is offensive to the Fair Housing Council's mission and sets a bad precedent as a matter of moral turpitude.**

4

Lastly, there are several other previously identified concerns which call into question how your firm's fiduciary obligations to the Fair Housing Council have not been met.  We have requested and are waiting to receive your billing records; we ask that you forward the information to us so that we may immediately begin to discuss and negotiate your fees and expenses relative to the retainer agreement.

Should you have any further questions or concerns, we ask that you direct them to David Iyalomhe and/or Odion Okojie.

Respectfully submitted ,

Sharon Kinlaw
Executive Director
Fair Housing Council of the San Fernando Valley