# Exhibit 13

**June 24, 2020 Email**

**Rios, Daniel**

| | |
|---|---|
| **From:** | Don Warren <donwarren@warrenbensonlaw.com> |
| **Sent:** | Wednesday, June 24, 2020 9:51 PM |
| **To:** | Razi, Benjamin; Soukup, Andrew; Weinstein, Ryan H.; Rios, Daniel |
| **Cc:** | 'Odion L. Okojie'; David Iyalomhe |
| **Subject:** | Mei Ling's June 24, 2020 emails. |

[EXTERNAL]
Hi Ben -

We saw Mei Ling's emails sent this afternoon, most of which we are seeing for the first time.  While many of these were already produced and others were not required to be produced, some of them should have been produced - - assuming that they were in FHC's possession.  We don't know the immediate answer to that question, but we will get to the bottom of it (including additional follow up with Mr. Okojie and Mr. Iyalomhe) and will report back to you promptly.  Please give us a couple of days to inquire, and feel free to contact me if you have any questions.

Thanks Ben.  We will get back to you soon.  - Don

**Don Warren**
**Warren - Benson Law Group**
**Los Angeles • San Diego • Minneapolis**
**www.warrenbensonlaw.com**
**p 858.454.2877   f 858.454.5878**