# Exhibit B
**December 16, 2016 Email**

From: **Palombo, Lisa (USACAC)** Lisa.Palombo@usdoj.gov
Subject: RE: Time for a call?
Date: Dec 16, 2016 at 4:55:04 PM
To: **Michael Allen** mallen@relmanlaw.com, **David Iyalomhe** david@doialaw.com, **Odion Okojie** OkojieLaw@aol.com, **John Relman** jrelman@relmanlaw.com, **Scott P. Moore (spmoore@bairdholm.com)** spmoore@bairdholm.com
Cc: **Schmelzer, Eric (CIV)** Eric.Schmelzer@usdoj.gov

Great, we will circulate a call-in number. Please hold 11 a.m. Pacific open for the call.

**From:** Michael Allen [mailto:mallen@relmanlaw.com]
**Sent:** Friday, December 16, 2016 4:26 PM
**To:** Palombo, Lisa (USACAC) <LPalombo@usa.doj.gov>; David Iyalomhe <david@doialaw.com>; Odion Okojie <okojielaw@aol.com>; John Relman <jrelman@relmanlaw.com>; Scott P. Moore (spmoore@bairdholm.com) <spmoore@bairdholm.com>
**Cc:** Schmelzer, Eric (CIV) <Eric.Schmelzer@usdoj.gov>
**Subject:** RE: Time for a call?

We are available between 10 am and 12 noon Pacific time on Monday. Please circulate a call-in number.


Michael Allen
Relman, Dane & Colfax, PLLC
1225 19th Street, NW, Suite 600
Washington, DC. 20036-2356
Phone: 202/728-1888
FAX: 202/728-0848
E-mail: mallen@relmanlaw.com
Website: www.relmanlaw.com


Sent from my Verizon Wireless 4G LTE smartphone


-------- Original message --------
From: "Palombo, Lisa (USACAC)" <Lisa.Palombo@usdoj.gov>
Date: 12/16/16 4:37 PM (GMT-05:00)
To: David Iyalomhe <david@doialaw.com>, Odion Okojie <okojielaw@aol.com>, Michael Allen <mallen@relmanlaw.com>, John Relman <jrelman@relmanlaw.com>, "Scott P.

FHC1755

Moore (spmoore@bairdholm.com)" <spmoore@bairdholm.com>
Cc: "Schmelzer, Eric (CIV)" <Eric.Schmelzer@usdoj.gov>
Subject: Time for a call?

David, Okojie, Michael, John, and Scott,

Eric and I would like to speak with you today or Monday to give you a brief update. Monday looks better for us. We are available all day. Thanks.

**LISA A. PALOMBO**
**Assistant United States Attorney**
300 N. Los Angeles St., Ste. 7516
Los Angeles, CA 90012
Off: (213) 894-4042; F: (213) 894-2380
Email: Lisa.Palombo@usdoj.gov

FHC1756