# Exhibit D

**December 19, 2016 Email**

# Michael Allen

| | |
|---|---|
| **From:** | M L <mei.ling818@yahoo.com> |
| **Sent:** | Monday, December 19, 2016 12:17 PM |
| **To:** | Michael Allen; John Relman; Scott Chang; Jamie Crook |
| **Cc:** | SPMoore@BairdHolm.com |
| **Subject:** | Termination of Representation in Case CV11-0974   (Mei Ling) |
| **Attachments:** | datauri-file.png; RDC - Letter of Termination -  December 12, 2016.pdf |

... my below Termination letter was held off, with the hope that RDC would cease with the concealment of specified documents, records, and communications that have been relevant to CV11-0974, and my interests.  The records provided by Michael Allen and RDC on December 18, 2016, remains incomplete.  This serves as notice that RDC will <u>no</u> longer be involved in any further matters with the DOJ and the remaining CV11-0974 matters.

_____

December  12, 2016


Michael Allen
John Relman
Relman, Dane & Colfax
1225 19th Street N.W.  -  Suite 600
Washington, D.C.  20036


    RE:   Termination of Representation in Case CV11-0974


  **Attention:   Michael Allen and John Relman**

By this email I am immediately terminating my legal relationship, attorney-client contract, and / or any contingency agreement with Relman, Dane & Colfax.  I do not wish Relman, Dane & Colfax to represent me in the case styled *United States, ex rel.  Mei Ling, et al. v. City of Los Angeles, California, et al.*, Case No. CV11-0974 (the **"Lawsuit"**), or in any related or unrelated matters.  By this letter I am completing terminating my relationship with Relman, Dane & Colfax.

Due to my desire to protect my rights and interests in CV11-0974, it is necessary for me to move forward without Relman, Dane & Colfax.   While not an exhaustive list of why I am terminating the legal representation of Relman, Dane & Colfax  –  it is evident that Relman, Dane & Colfax has not been honest;  has <u>not</u> provided me a zealous representation (including in CV11-7774);  has never fully protected my rights and interests  –  where I have no trust or confidence in your firm.  Some examples include:  not responding to my requests for **all** documents and information;  using my work product to benefit RDC's and others' interests ahead of the Relators' interests - without my knowledge and in manners that have been contrary to my interests;  refusing to inform me of all communications that RDC had with others about matters relevant to the CV11-0974 Lawsuit.

Baird Holm LLP will continue to represent me in the CV11-0974 Lawsuit.  I ask you to immediately send to Scott P. Moore at Baird Holm LLP  –  **all** documents related to the CV11-0974 Lawsuit, and **all** written

1

communications and other documents that any person at Relman, Dane & Colfax has exchanged with any person at HUD, the DOJ, the City of Los Angeles, the CRA-LA, or any other third party that relate to the CV11-0974 Lawsuit for the time period February 11, 2010 to the present. Please also, notify Scott P. Moore in writing if you or any person at Relman, Dane & Colfax has verbal communications with any person at HUD, the DOJ, the City of Los Angeles, the CRA-LA, or any other third party that relates to the CV11-0974 Lawsuit – along with a detailed description of such communications. My Baird Holm LLP attorneys must have these documents and this information in order to continue to represent me in the CV11-0974 Lawsuit.

If you have any questions, you may send an email to me, but you must copy Scott P. Moore on any such communications – as **Relman, Dane & Colfax no longer represents me.** Please do not attempt to contact Scott P. Moore without including me in any communication.

Sincerely,

*Meiding*