# Exhibit 2

**Kinlaw Deposition Excerpts**

```
             UNITED STATES DISTRICT COURT
         FOR THE CENTRAL DISTRICT OF CALIFORNIA
                    WESTERN DIVISION
   RELMAN COLFAX PLLC,              )
                                    )
              Plaintiff,            )
                                    )
      VS.                           ) CASE NO.
                                    ) 2: 19-CV-08612-PSG-JC
   FAIR HOUSING COUNCIL OF SAN      )
   FERNANDO VALLEY AND MEI LING,    )
                                    )
              Defendants.           )
                                    )
   MEI LING,                        )
                                    )
        Counter-Claimant,            )
                                    )
      VS.                           )
                                    )
   RELMAN COLFAX PLLC,              )
                                    )
      Counter-Defendant.            )
                                    )


    VIDEOTAPED DEPOSITION VIA VIDEOCONFERENCE OF 30(b)(6)
    WITNESS OF FAIR HOUSING COUNCIL OF SAN FERNANDO VALLEY,
                        SHARON KINLAW
                    Lake Elsinore, California
                   Wednesday, June 17, 2020


   Job No. 4143281
   Reported stenographically via videoconference by:
   LYDIA ZINN
   RPR, FCRR, CSR No. 9223
   PAGES 1 - 276
```

Page 1

```
 1    Q.   I want to make sure I understand your testimony          16:14:56
 2    correctly.  Is it your testimony that the Fair Housing
 3    Council's decision to terminate the Relman Firm in the
 4    fair-housing -- in the False Claims Act case was made
 5    completely independent and without discussing with            16:15:11
 6    Mei Ling or her representatives their similar decision
 7    to terminate the Relman Firm?
 8    A.   Our decision to terminate the Relman Firm had to
 9    do, like I said -- a culmination of all of the events
10    that had taken place.  And that was independent              16:15:31
11    Mei Ling and -- and Scott Moore.
12    Q.   And there was no coordination around the timing?
13    A.   There was no coordination.  Our decision was made
14    to terminate them independently of Mei Ling and Scott,
15    and the timing, or whatever.  It was an independent          16:15:49
16    decision that was made by -- by me, because I'm the one
17    that terminated them with regards to all of the
18    history; everything that had occurred.  And I was not
19    going to move forward with the Relman Firm.
20    Q.   So the fact that termination e-mails were sent          16:16:10
21    less than 24 hours apart is just pure coincidence?  Is
22    that your testimony?
23    A.   You would have to talk to Mei Ling about her
24    termination letter.  I can testify about my termination
25    letter.  And I think I have testified as to the reason       16:16:24
```

Page 236

| | | |
|---|---|---|
| 1 | Juanita.  And -- and I know Michelle produced hers, as | 17:02:27 |
| 2 | well. | |
| 3 | Q.    In its interrogatory responses that you signed, | |
| 4 | the Fair Housing Council said that it has, quote, | |
| 5 | "almost no e-mails" for years 2010, 2011, and 2012.  Is | 17:02:41 |
| 6 | that right? | |
| 7 | A.    That is correct. | |
| 8 | Q.    And does that relate to e-mails with Fair Housing | |
| 9 | Council employees? | |
| 10 | A.    Yes.  Yes. | 17:02:56 |
| 11 | Can I -- can I tell you this?  When you asked me | |
| 12 | that question, I remembered something else that we did | |
| 13 | that I think is important, and you probably want to | |
| 14 | know the answer to it. | |
| 15 | Q.    Okay.  Okay. | 17:03:09 |
| 16 | A.    So we also contacted One World Hosting, who is our | |
| 17 | e-mail -- that houses all of our e-mails.  And they | |
| 18 | told us that they don't have any e-mails; that they | |
| 19 | don't have anything for 2010.  I'm trying to remember. | |
| 20 | I -- I think they don't have anything up to 2000 | 17:03:35 |
| 21 | [sic] -- I think it might even be '16.  Could be -- | |
| 22 | they don't have -- oh.  They have no e-mails over three | |
| 23 | years in age.  And so -- I mean, older than three | |
| 24 | years.  So I think it was 2017.  And they didn't have | |
| 25 | any. | 17:04:00 |

```
 1           So that was -- when we talk about -- understanding      17:04:01
 2      that our e-mails that are at the office are just -- not
 3      our e-mails -- our computer system -- just how it's not
 4      that great.
 5           We made an additional effort to contact the e-mail      17:04:16
 6      host, because we were told that they would have
 7      e-mails.  And they reported to us that they did not
 8      have any e-mails from -- anything older than 2017.
 9      Q.   And that is the e-mail address that would have
10      been -- that is the server that would have been used to     17:04:35
11      capture e-mails sent to the domain
12      fairhousingcouncil.org, or fairhousingcouncil.com.
13      Is that right?
14      A.   Yes.
15      Q.   Now, isn't it possible that Fair Housing Council        17:04:49
16      Board members might have e-mails responsive to the
17      Relman Firm's requests?
18             MR. WARREN:  Are you talking about the Relman
19      Firm's requests as they have been narrowed by the
20      Judge Gutierrez and the Magistrate?                          17:05:12
21             MR. SOUKUP:  Well, any of the requests, as --
22      including, you know, the requests that have not been
23      objected to, as well as the requests that are the
24      subject of the Magistrate Judges recent Order.
25             THE WITNESS:  Right, but I contacted the              17:05:28
```

Page 263