# Exhibit 3

**FHC0901**

From: **M L** <mei.ling818@yahoo.com>
Date: Fri, Sep 16, 2016 at 6:32 PM
Subject: RDC Retainer . . . FHC and Mei Ling
To: SKinlaw@gmail.com <SKinlaw@gmail.com>, OkojieLaw@aol.com <OkojieLaw@aol.com>

Attached is what Diana Bruno had executed on behalf of FHC in December 2010, and in February 2011.

Regarding the Supplemental February 22, 2011 Disclosure of Potential Conflict of Interests ... it appears that we can exercise our "veto power" ... where each of us **do not** give Relman Dane any authority to settle the FCA case ... putting them in a position of having to Withdraw.  Am glad to learn Sharon that you are well documented over the years of how John, Michael, and Jennifer have been dishonest with FHC about the 504 / FCA cases, and acting against your interests without your / FHC knowledge.  I also am well documented over the years, that I will not waive conflicts of interests.  It appears that we should also each terminate  *(with stated reasons)*, the February 22, 2011  "Waiver of Conflicts"