# Exhibit 5

**FHC0909**

From: **M L** <mei.ling818@yahoo.com>
Date: Mon, Sep 19, 2016 at 1:38 PM
Subject: Meeting with Lisa Palombo
To: SKinlaw@gmail.com <SKinlaw@gmail.com>, OkojieLaw@aol.com <OkojieLaw@aol.com>, David@doialaw.com <David@doialaw.com>

Hi Odion and David

Scott Moore's available travel days are **Sept. 27th and 28th** ... not the 29th.  As an important reminder - the only way that Lisa Palombo will be able to meet with us without John Relman, Michael Allen, and Jennifer Klar - is if the client (Sharon Kinlaw)  writes RDC instructions that none of them are to be included in the meeting that co-Relators FHC and I requested of DOJ's Lisa Palombo through Odion Okojie for FHC, and through Scott Moore for me.

For Jennifer Klar to tell you that RDC must be included in the requested meeting with Lisa Palombo is so absurdly far from the truth ... when they know I have written RDC multiple times that they will <u>not</u> be included.   **Sharon** - It is important that you take a few minutes to send RDC your **written instructions** that only Odion and/or David will be in attendance at a meeting with DOJ's Lisa Palombo (hopefully on Sept. 27th or 28th)  to represent your FCA interests ... for them to cease and desist with all communications with the City related to the FCA case ... that RDC **does not** have your authorization to have any discussions whatsoever with anyone at the DOJ about our CV11-0974 FCA case ... including RDC having no authorization to have any "global settlement" discussion with the City of L.A. / CRA-LA that involves the FCA case.  Without your instructions - RDC will continue to do what they have been doing without our knowledge and consent.  ==As Scott Moore has been saying - the FCA case can settle <u>without</u> us knowing anything ... because at this time ... it's the Government's case, <u>not</u> ours.  We need to act quickly, and have RDC from the FCA case (which am having Scott Moore work on ... and will do so together with Odion / David).==

We need to make meeting with Lisa Palombo, a priority ... as her soonest September date.

Once I know you have email Michael Allen, John Relman, Jennifer Klar with your instructions ("cc" me) ... I will send RDC another email ... that RDC has had full knowledge that my instructions has been and remains, that no one from RDC will be present on my behalf, except Scott Moore - when we meet with Lisa Palombo.

**Mei Ling**

- - - Forwarded Message - - -
**Sent:**     Monday, September 19, 2016  11:55 AM
**From:**    Sharon Kinlaw  <SKinlaw@gmail.com>
**To:**        Mei.Ling818@yahoo.com
**Subject:** Fwd: Meeting with Lisa Palumbo

- - - Forwarded message - - -
**Date:**      September 18, 2016   6:05 PM
**From:**     Sharon Kinlaw  <SKinlaw@gmail.com>
**To:**         David Iyalomhe  <David@doialaw.com>,  Odion Okojie  <OkojieLaw@aol.com>