# Exhibit 10

**Tracking Email From Federal Express**

## Winkelman, Steven

| | |
|---|---|
| **From:** | Office Services_LA |
| **Sent:** | Friday, February 07, 2020 3:50 PM |
| **To:** | Jarboe, William |
| **Subject:** | FW: FedEx Shipment 390212231033 Delivered |

FYI

---

**From:** TrackingUpdates@fedex.com <TrackingUpdates@fedex.com>
**Sent:** Friday, February 7, 2020 12:08 PM
**To:** Office Services_LA <OfficeServices_LA@cov.com>
**Subject:** FedEx Shipment 390212231033 Delivered

[EXTERNAL]



# Your package has been delivered
Tracking # 390212231033

| Ship date: | | Delivery date: |
|---|---|---|
| **Thu, 2/6/2020** | | **Fri, 2/7/2020 12:01 pm** |
| Marta Gajewski | Delivered | Mei Ling |
| Covington & Burling LLP | | 6750 WHITSETT AVE APT 310 |
| Los Angeles, CA 90067 | | NORTH HOLLYWOOD, CA |
| US | | 91606 |
| | | US |

## Personalized Message
PSShip eMail Notification

## Shipment Facts
Our records indicate that the following package has been delivered.

| | |
|---|---|
| **Tracking number:** | 390212231033 |
| **Status:** | Delivered: 02/07/2020 12:01 PM Signed for By: Signature not required |
| **Door Tag number:** | DT105438280116 |
| **Reference:** | 990000.60000\|12462 |
| **Signed for by:** | Signature not required |
| **Delivery location:** | NORTH HOLLYWOOD, CA |
| **Delivered to:** | Residence |
| **Service type:** | FedEx Priority Overnight® |

1

| | |
|---|---|
| **Packaging type:** | FedEx® Envelope |
| **Number of pieces:** | 1 |
| **Weight:** | 0.50 lb. |
| **Special handling/Services:** | Deliver Weekday |
| | Residential Delivery |
| **Standard transit:** | 2/7/2020 by 10:30 am |

### This tracking update has been requested by:

| | |
|---|---|
| **Company name:** | Covington & Burling LLP |
| **Name:** | Marta Gajewski |
| **Email:** | MGajewski@cov.com |

✉ Please do not respond to this message. This email was sent from an unattended mailbox. This report was generated at approximately 2:08 PM CST on 02/07/2020.

All weights are estimated.

To track the latest status of your shipment, click on the tracking number above.

This tracking update has been sent to you by FedEx on behalf of the Requestor MGajewski@cov.com. FedEx does not validate the authenticity of the requestor and does not validate, guarantee or warrant the authenticity of the request, the requestor's message, or the accuracy of this tracking update.

Standard transit is the date and time the package is scheduled to be delivered by, based on the selected service, destination and ship date. Limitations and exceptions may apply. Please see the FedEx Service Guide for terms and conditions of service, including the FedEx Money-Back Guarantee, or contact your FedEx Customer Support representative.

© 2020 Federal Express Corporation. The content of this message is protected by copyright and trademark laws under U.S. and international law. Review our privacy policy. All rights reserved.

Thank you for your business.