Ryan H. Weinstein (Bar No. 240405)
rweinstein@cov.com
COVINGTON & BURLING LLP
1999 Avenue of the Stars, Suite 3500
Los Angeles, California 90067-4643
Telephone: + 1 (424) 332-4800
Facsimile: + 1 (424) 332-4749

Benjamin J. Razi (admitted *pro hac vice*)
brazi@cov.com
Andrew Soukup (admitted *pro hac vice*)
asoukup@cov.com
Steven Winkelman (admitted *pro hac vice*)
swinkelman@cov.com
COVINGTON & BURLING LLP
One CityCenter
850 Tenth Street, NW
Washington, DC 20001-4956
Telephone: + 1 (202) 662-6000

*Attorneys for Plaintiff / Counter-Defendant*
RELMAN COLFAX PLLC

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| RELMAN COLFAX PLLC,<br><br>  Plaintiff,<br><br>  v.<br><br>FAIR HOUSING COUNCIL OF SAN FERNANDO VALLEY AND MEI LING,<br><br>  Defendants.<br>MEI LING,<br><br>  Counter-Claimant,<br><br>  v.<br><br>RELMAN COLFAX PLLC,<br><br>  Counter-Defendant. | Case No. 2:19-cv-08612-PSG-JC<br><br>**[PROPOSED] ORDER ENTERING JUDGMENT IN FAVOR OF RELMAN COLFAX PLLC AND AGAINST MEI LING** |

## [PROPOSED] ORDER AND JUDGMENT

The Motion for Summary Judgment or for Default Judgment ("Motion") filed by Plaintiff Relman Colfax PLLC ("the Relman Firm") came on for hearing on November 16, 2020, at 1:30 p.m., the Honorable Philip S. Gutierrez presiding.

Having reviewed and considered the pleadings and evidence submitted in support and in opposition to the Motion, and having reviewed and considered the arguments of counsel, and finding that there are no triable issues of material fact as to the Relman Firm's claim or that entry of a default judgment is warranted.

IT IS HEREBY ORDERED that:

1. The Relman Firm's Motion is GRANTED;
2. JUDGMENT IS ENTERED in favor of the Relman Firm and against Mei Ling on the Relman Firm's claim for declaratory judgment asserted against Mei Ling in the Complaint;
3. It is DECLARED and ADJUDGED that:
    a. The December 6, 2010 retainer agreement between Mei Ling and the Relman Firm is a valid and enforceable agreement;
    b. Except as set forth immediately below, the Relman Firm is entitled to one-third of any monetary award that Mei Ling receives in connection with the lawsuit pending in *United States ex rel. Mei Ling v. City of Los Angeles*, No. 2:11-cv-00974 (C.D. Cal.), or the Relman Firm's actual fees and costs as calculated in the manner set forth in Section 1.C of the retainer agreement, whichever is greater; and
    c. If Mei Ling authorizes the Relman Firm to file a motion with the Court seeking an award of attorneys' fees and costs, and if the amount awarded by the Court is less than one-third of any monetary award that Mei Ling receives in connection with the lawsuit pending in *United States ex rel. Mei Ling v. City of Los Angeles*, No. 2:11-cv-00974 (C.D. Cal.), then Mei Ling shall be responsible for paying the Relman Firm the difference

between the court-awarded fees and one-third of any monetary award to Mei Ling.

DATED: _____

                                                              _____
HONORABLE PHILIP S. GUTIERREZ
UNITED STATES DISTRICT JUDGE