# Exhibit 17

September 18, 2016 email from Mei Ling to Sharon Kinlaw

From: M L <mei.ling818@yahoo.com>
Date: Sun, Sep 18, 2016 at 2:31 PM
Subject: RDC's Conflicts of Interests . . . Meeting with DOJ's Lisa Palombo
To: SKinlaw@gmail.com <SKinlaw@gmail.com>, OkojieLaw@aol.com <OkojieLaw@aol.com>

**Good Sunday Sharon & Odion ...**

Forgot to mention that in addition to John Relman telling Scott Moore and me that he was **"proud"** to be part of the St. Paul events to achieve their **"disparate impact"** agenda ... John was having back and forth objection dialogues (with Scott Moore) insisting that he needed me to agree to waive **"conflicts of interest"**.  *After months of not acquiescing*, when John was clear that I was never going to waive **"conflicts of interest"** for the CV12-0551 case to be leveraged against the FCA case - he oddly conceded to Scott that he was now, **"not going to worry about waiver conflicts of interest"**.

It took a lot of praying asking for His Light and Wisdom to reveal answers ... such as about what other RDC leveraging tactics were in the works**?**  It became more clear that RDC was less concerned about my position on conflicts between **"us FCA co-relators"** - but RDC's greater concerns about being exposed regarding their conflicts **"to us clients"** in their leveraging out our FCA interests *to our material disadvantage*, like the methodologies used when sabotaging their FCA client Fredrick Newell to accomplish their chess game agendas through meetings with the City's top administrators (like Miguel Santana), and the City's attorneys.  John has numerous times boasted to Scott Moore and me about his very good relationship with Miguel Santana.  John and Michael were less worried about us; believing they already have us pitted against one another ... as they unilaterally were taking liberties, working their chess game and secret dealings to advance their own interest$... with their response always being they have no control over what HUD and the DOJ will do.

One reason it appeared that you / FHC were colluding with RDC to leverage out the FCA case through the 504 case ... was because it is in RDC's billings from **March 2014** that RDC was exchanging emails with you, and having phone conversations with you, about lifting the seal.  Learning last week this is opposite with you informing me that you / FHC instead had **no knowledge** *for more than a year*, and being livid when you found out that RDC had partially **"lifted the seal"**, places questions on **what else** has RDC done without our knowledge, consent, to our material disadvantage through its deceitful / unauthorized **"global settlement"** structured scheme, etc.  This indeed all needs to be reported to the State Bar - while giving us basis for RDC's withdrawal, without us owing RDC anything in the FCA case.  That being the case, also gives us leverage against the City for colluding with RDC as **"our attorney"** to advance its own agendas and interest$.  (i.e., incentivized through the banking related market niche)

Having been assisting Fredrick Newell for some time and instinctively knowing a similar practice must be happening with our FCA case ... while not knowing you have been following your own instincts ... God sure has been speaking separately to each of us  [even leading you to Pastor Wintley Phipps' God Will Restore!]  No doubt he planned our lives before we were even born.  Our roads intersecting again, has been all His timing - and now His signal He knows we have separately been faithful and obedient to His Word, His Way, for His Purpose ...giving our battles to Him ... where He's been getting us ready to recognize we are stronger together ... and now better equipped to bring the mission to victory.  He does not fail.  So Amazing.  Thank you Sharon for not abandoning the

mission.  And thank you Odion for being His messenger.  It took a little while, but I figured it out !!  Guess He had to separately test our strength, our individual faith that if we serve Him, He delivers on His promise.  What testimonies we have!!  Still much work to be done ... but so blessed to serve and stand in His Light.

**Will call later** ... *and about the attachment herein*.
**Mei Ling**

**Also ...** this below delay is to give RDC more time to strategize another tactic with the City to leverage the FCA case knowing we do not want them present and ... using John, Michael & Jennifer's *(who I oppose being in the FCA case period)*  **"availability"** as excuses ... which could be endless.  The only legal way for Lisa to be able to limit the attendance, is with FHC's client instruction that RDC will not to be included in a meeting, and FHC will be in attendance only with Odion.  See below with how Scott notified Lisa.  I sent my instructions to John and Michael twice.  Even if I sent them a 3rd one, they can still ignore it saying they need to be included to represent co-relator FHC's interest - unless they also receive FHC's written instructions that they will not be included.  So, just a friendly reminder of the importance.  After that is done, Scott and Odion can go back to Lisa to inform her that it will just be the four of us ... so we can ask her to put us on calendar for Sept. 27th or 28th.  If David O. can make his calendar available for either of these dates - great.  Let's not limit our window by giving Lisa only one day - but instead give her the choice of Sept. 27th or 28th.  Am pretty certain her Washington D.C. DOJ upline Eric Sulmelzer - will likely be participating by conference line anyway.

**Date:** Friday, September 16, 2016  at  22:22:20 +0000
**From:** Palombo, Lisa (USACAC)  <Lisa.Palombo@usdoj.Gov>
**To:** Michael Allen  <MAllen@RelmanLaw.com>; Jennifer Klar  <JKlar@RelmanLaw.com>; John Relman  <JRelman@RelmanLaw.com>; Scott P. Moore  <SPMoore@BairdHolm.com>; Odion Okojie  <OkojieLaw@aol.com>; David Iyalomhe  <David@doialaw.com>
**Cc:** Schmelzer, Eric (CIV)  <Eric.Schmelzer@usdoj.Gov>
**Subject:** Availability October 3 - 28      ... *we need to stop this stalling to get answers!*

Again we were unable to find a single day that works for everyone.  Please check your schedules for the month of October and let me know when you, and your client if you choose to bring a client, can be available for a meeting.  The earlier you are able to respond the sooner we will be able to pencil in a date that works for all.  Thanks for your prompt replies.

Lisa

- - -  Forwarded Message  - - -
**Sent:** Wednesday, September 14, 2016   4:26 PM
**From:** Scott P. Moore  <SPMoore@BairdHolm.com>
**To:** Palombo, Lisa (USACAC)  <Lisa.Palombo@usdoj.Gov>; Schmelzer, Eric (CIV)  <Eric.Schmelzer@usdoj.Gov>
**Subject:** RE: Update

Lisa,

My client and I are available September 27th or 28th.  My understanding from my client is that only she and I will be present representing her interests at this meeting.

Thanks,