Ryan H. Weinstein (Bar No. 240405)
 rweinstein@cov.com
COVINGTON & BURLING LLP
1999 Avenue of the Stars, Suite 3500
Los Angeles, California 90067-4643
Telephone: + 1 (424) 332-4800
Facsimile: + 1 (424) 332-4749

Benjamin J. Razi (admitted *pro hac vice*)
 brazi@cov.com
Andrew Soukup (admitted *pro hac vice*)
 asoukup@cov.com
COVINGTON & BURLING LLP
One CityCenter, 850 Tenth Street, NW
Washington, DC 20001-4956
Telephone: + 1 (202) 662-6000

*Attorneys for Plaintiff / Counter-Defendant*
RELMAN COLFAX PLLC

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| RELMAN COLFAX PLLC,<br><br>    Plaintiff,<br><br>    v.<br><br>FAIR HOUSING COUNCIL OF SAN FERNANDO VALLEY AND MEI LING,<br><br>    Defendants.<br>MEI LING,<br><br>    Counter-Claimant,<br><br>    v.<br><br>RELMAN COLFAX PLLC,<br><br>    Counter-Defendant. | Case No. 2:19-cv-08612-PSG-JC<br><br>**DECLARATION OF ANDREW SOUKUP IN SUPPORT OF RELMAN COLFAX PLLC'S REPLY IN FURTHER SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT** |

# DECLARATION OF ANDREW SOUKUP

I, Andrew Soukup, declare:

1. I am a partner at Covington & Burling LLP, which represents Plaintiff Relman Colfax PLLC (the "Relman Firm") in this action. This declaration is offered in support of the Relman Firm's reply in support of its motion for summary judgment. I make this declaration based on my personal, firsthand knowledge and, if called and sworn as a witness, I could and would testify competently thereto.

2. Attached as **Exhibit 1** is a true and correct copy of excerpts of the Fair Housing Council of San Fernando Valley's ("FHC") supplemental responses to the Relman Firm's first set of requests for production to FHC. Highlighting has been added to this document to assist the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on November 2, 2020, in McLean, Virginia.

*/s/ Andrew Soukup*

Andrew Soukup