# Exhibit 1

1  Donald R. Warren (CA 138933)
   Warren - Benson Law Group
2  7825 Fay Ave., Ste. 200
   La Jolla, CA 92037
3  Tel: 858-454-2877
   Fax: 858-454-5878
4  donwarren@warrenbensonlaw.com

5  Phillip E. Benson (CA 97420)
   Warren - Benson Law Group
6  620 Newport Center Dr., Ste 1100
   Newport Beach, CA 90630
7  Tel: 949-721-6636
   Fax: 858-454-5878
8  philbenson@warrenbensonlaw.com

9  Attorneys for Defendant
   Fair Housing Council of San Fernando Valley

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## WESTERN DIVISION

| | |
|---|---|
| RELMAN, DANE & COLFAX PLLC, | CASE NO. 2:19-cv-08612 PSG (JCx) |
| Plaintiff, | |
| v. | **DEFENDANT FHC'S SUPPLEMENTAL RESPONSES TO PLAINTIFF'S FIRST SET OF REQUESTS FOR PRODUCTION** |
| FAIR HOUSING COUNCIL OF SAN FERNANDO VALLEY AND MEI LING, | |
| Defendants. | |
| MEI LING, | |
| Counterclaimant, | |
| vs. | |
| RELMAN, DANE & COLFAX PLLC, | |
| Counterdefendant. | |

**Objections to Producing "All" Documents.**

FHC is not withholding documents on the basis that Relman's requests are overly broad and burdensome in that they "improperly require FHC to produce **all** documents." FHC states that any documents that are relevant to the claims and defenses in this action are being produced and are not being withheld, except for privileged documents listed in FHC's privilege log (which also includes non-relevant documents).

**Documents Allegedly within the Relman Firm's Possession.**

In the Parties' April 17, 2020 conference, FHC stated that its position is that all documents which were demonstratively addressed to or sent by Relman Firm personnel, and documents for which a Relman attorney or a Covington & Burling attorney received an ECF notice from the Court, are documents in Relman's possession. Except as to those documents in Relman's possession, FHC states that any documents that are relevant to the claims and defenses in this action which are in FHC's possession are being produced and are not being withheld, except privileged documents listed in FHC's privilege log (which also includes non-relevant documents). Notwithstanding FHC's objection to producing documents already in Relman's possession, FHC is producing all documents in its possession (or otherwise will be identifying documents of public record in the court docket in the FCA Action, case number 11-cv-00974, - - many of which have already been received by Relman's counsel according to the NEFs in the FCA Action - - in the event any such documents are determined relevant) on which it intends to rely in this action.

**Supplemental Responses to Specific Requests**

**Request No. 1**   All Documents and Communications relating to the Agreements, including, but not limited to, Your understanding and/or interpretation of the Agreements.

**Response:** FHC incorporates by reference its original Preliminary Statement, General Objections and Objections to Plaintiff's Definitions and Instructions from its original Responses, along with FHC's original Objections and Responses to Interrogatories 1 through 18, in addition to FHC's objections made during the meet-and-confer process, as though fully set forth herein.

Subject to and without waiving Defendant's objections, Defendant FHC further responds as follows:

FHC is producing the signed FCA Case contingency fee agreement with Relman (and Relman's related transmittal letter, if FHC can find it) and the signed 504 Case fee agreement with Relman (and Relman's related transmittal letter, if FHC can find it). There are no other documents of which FHC is aware in its possession that pertain to the formation of the fee agreements.

==FHC is producing, or has already produced, all Documents and Communications relating to the Agreements, including, but not limited to, FHC's understanding and/or interpretation of the Agreements.==

**Request No. 5:** All Documents and Communications relating to the FCA Action, including, but not limited to, the Relman Firm's performance in the FCA Action and Your assessment of the Relman Firm's performance.

**Response:** FHC incorporates by reference its original Preliminary Statement, General Objections and Objections to Plaintiff's Definitions and Instructions from its original Responses, along with FHC's original Objections and Responses to Interrogatories 1 through 18, in addition to FHC's objections made during the meet-and-confer process, as though fully set forth herein.

Subject to and without waiving Defendant's objections, Defendant FHC further responds as follows:

During the meet and confer process, as to the production of documents after Relman was terminated on December 18, 2016, Relman's counsel stated FHC

which it intends to rely in this action.

Dated: April 27, 2020	Warren - Benson Law Group
	/s/ Donald R. Warren

	Donald R. Warren
	Phillip E. Benson

	Attorneys for Defendant/Counterclaimant
	Fair Housing Council of San Fernando Valley