| | |
|---|---|
| Ryan H. Weinstein (Bar No. 240405) | Benjamin J. Razi (admitted *pro hac vice*) |
| rweinstein@cov.com | brazi@cov.com |
| COVINGTON & BURLING LLP | Andrew Soukup (admitted *pro hac vice*) |
| 1999 Avenue of the Stars, Suite 3500 | asoukup@cov.com |
| Los Angeles, California 90067-4643 | COVINGTON & BURLING LLP |
| Telephone: + 1 (424) 332-4800 | One CityCenter, 850 Tenth Street, NW |
| Facsimile: + 1 (424) 332-4749 | Washington, DC 20001-4956 |
| | Telephone: + 1 (202) 662-6000 |

*Attorneys for Plaintiff / Counter-Defendant*
RELMAN COLFAX PLLC

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| RELMAN COLFAX PLLC,<br><br>    Plaintiff,<br><br>    v.<br><br>FAIR HOUSING COUNCIL OF SAN FERNANDO VALLEY AND MEI LING,<br><br>    Defendants.<br>―――――――――――――――――<br>MEI LING,<br><br>    Counter-Claimant,<br><br>    v.<br><br>RELMAN COLFAX PLLC,<br><br>    Counter-Defendant. | Case No. 2:19-cv-08612-PSG-JC<br><br>**DECLARATION OF RYAN H. WEINSTEIN IN SUPPORT OF THE RELMAN FIRM'S MOTION FOR DEFAULT JUDGMENT AND ATTORNEY'S FEES** |

# DECLARATION OF RYAN H. WEINSTEIN

I, Ryan H. Weinstein, declare:

1. I am a special counsel at Covington & Burling LLP ("Covington"), which represents Plaintiff Relman Colfax PLLC (the "Relman Firm") in this action. This declaration is offered in support of the Relman Firm's motion for default judgment and attorney's fees against Mei Ling.

2. I believe that the current and 2020 hourly rates of the Covington professionals on this case described in Paragraphs 4-9 of the Declaration of Andrew Soukup are commensurate with the prevailing hourly rates of lawyers with similar qualifications, experience, and skill in Los Angeles.

3. Covington employs over 1,000 attorneys. According to the 2020 Real Rate Report Mid-Year Update, firms in Los Angeles with over 1000 attorneys have first and third quartile commercial litigation attorney rates of, respectively, $941 and $1,235 for partners and $565 and $895 for associates. Attached as **Exhibit 1** is a true and correct copy of the 2020 Real Rate Report Mid-Year Update.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on February 11, 2021, in Los Angeles, California.

_____
RYAN H. WEINSTEIN