| | |
|---|---|
| Ryan H. Weinstein (Bar No. 240405) | Benjamin J. Razi (admitted *pro hac vice*) |
| rweinstein@cov.com | brazi@cov.com |
| COVINGTON & BURLING LLP | Andrew Soukup (admitted *pro hac vice*) |
| 1999 Avenue of the Stars, Suite 3500 | asoukup@cov.com |
| Los Angeles, California 90067-4643 | COVINGTON & BURLING LLP |
| Telephone: + 1 (424) 332-4800 | One CityCenter, 850 Tenth Street, NW |
| Facsimile: + 1 (424) 332-4749 | Washington, DC 20001-4956 |
| | Telephone: + 1 (202) 662-6000 |

*Attorneys for Plaintiff / Counter-Defendant*
RELMAN COLFAX PLLC

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| RELMAN COLFAX PLLC,<br><br>    Plaintiff,<br><br>    v.<br><br>FAIR HOUSING COUNCIL OF SAN FERNANDO VALLEY AND MEI LING,<br><br>    Defendants.<br>MEI LING,<br><br>    Counter-Claimant,<br><br>    v.<br><br>RELMAN COLFAX PLLC,<br><br>    Counter-Defendant. | Case No. 2:19-cv-08612-PSG-JC<br><br>**[PROPOSED] ORDER GRANTING RELMAN COLFAX PLLC'S MOTION FOR SANCTIONS AND ENTRY OF DEFAULT JUDGMENT AGAINST MEI LING** |

**[PROPOSED] ORDER**

Plaintiff and Counter-Defendant Relman Colfax PLLC's Motion for Sanctions and Entry of Default Judgment Against Mei Ling in this matter came for hearing before this Court on March 15, 2021.

Having considered the moving and opposition papers, accompanying memoranda, arguments, and all other matters presented to this Court, the Court finds that Ms. Ling has failed to cooperate in discovery and disobeyed a court order, that she did so willfully and in bad faith, and that the sanctions of a default judgment and attorney's fees are therefore warranted pursuant to Fed. R. Civ. P. 37(b) and Fed. R. Civ. P. 37(d).

IT IS HEREBY ORDERED that:

1. Relman Colfax PLLC's Motion is GRANTED.

2. It is DECLARED and ADJUDGED that:

    a. The Relman Firm is entitled to its reasonable attorney's fees caused by Ms. Ling's failure to cooperate in discovery and her defiance of a court order. Ms. Ling is ordered to pay the Relman Firm $100,061 out of any recovery she receives in in *United States ex rel. Mei Ling v. City of Los Angeles*, No. 2:11-cv-00974 (C.D. Cal.).

    b. Except as set forth immediately below, Relman Colfax PLLC is entitled to one-third of any monetary award that Mei Ling receives in connection with the lawsuit pending in *United States ex rel. Mei Ling v. City of Los Angeles*, No. 2:11-cv-00974 (C.D. Cal.), or Relman Colfax PLLC's actual fees and costs as calculated in the manner set forth in Section 1.C of the retainer agreement, whichever is greater; and

    c. If Mei Ling authorizes Relman Colfax PLLC to file a motion with the Court seeking an award of attorneys' fees and costs, and if the amount awarded by the Court is less than one-third of any monetary award that Mei Ling receives in connection with the lawsuit pending in *United States ex rel. Mei Ling v. City of Los Angeles*, No. 2:11-cv-00974 (C.D.

Cal.), then Ms. Ling shall be responsible for paying Relman Colfax PLLC the difference between the court-awarded fees and one-third of any monetary award to Mei Ling.

3. The Clerk is directed to ENTER JUDGMENT in favor of Relman Colfax PLLC and against Mei Ling on all claims asserted against Mei Ling in the Complaint.

4. The Clerk is directed to ENTER JUDGMENT in favor of Relman Colfax PLLC and against Mei Ling on Count I (Declaratory Relief) of Mei Ling's Counterclaims. Mei Ling shall take nothing by her Counterclaims against Relman Colfax PLLC.

DATED: _____

_____
HONORABLE PHILIP GUTIERREZ
UNITED STATES DISTRICT JUDGE