1
2
3
4
5
6
7

**FILED**
CLERK, U.S. DISTRICT COURT

2/18/21

CENTRAL DISTRICT OF CALIFORNIA
BY:_____WH_____DEPUTY

8
9
10

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RELMAN COLFAX PLLC, )<br><br>Plaintiff, )<br><br>v. )<br><br>FAIR HOUSING COUNCIL OF )<br>SAN FERNANDO VALLEY, et al., )<br><br>Defendants. )<br>_____ | Case No.  2:19-cv-08612-PSG-JC<br><br>ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Motion for Sanctions and Entry of Default Judgment Against Mei Ling ("Motion"), filed by Plaintiff/Counter-Defendant Relman Colman PLLC, the parties' submissions in connection therewith, and all of the records herein, including the December 1, 2020 Report and Recommendation of United States Magistrate Judge ("Report and Recommendation") and Mei Ling's untimely and voluminous objections to the Report and Recommendation.  The Court has further made a *de novo* determination of those portions of the Report and Recommendation to which objection is made. The Court concurs with and accepts the findings, conclusions, and recommendations of the United States Magistrate Judge and overrules the Objections.

IT IS HEREBY ORDERED that (1) the Motion is granted to the extent it

requests that Mei Ling's operative Amended Answer be stricken, that a default be entered against Ling on the remaining claim against her, and that her remaining counterclaim be dismissed; (2) Ling's Amended Answer (Docket No. 85) is stricken; (3) the Clerk shall enter a default against Ling on the remaining claim in the Complaint; and (4) Ling's remaining counterclaim is dismissed with prejudice.

IT IS FURTHER ORDERED that the Clerk serve copies of this Order on the parties to this action.

IT IS SO ORDERED.

DATED: 2/18/21 _____

_____

HONORABLE PHILIP S. GUTIERREZ
UNITED STATES DISTRICT JUDGE

2