Mei Ling - *In Pro Persona*
6750 Whitsett Avenue #310
North Hollywood, California 91606
Telephone: (818) 644-3923
Email: Mei.Ling.818@yahoo.com

**FILED**
CLERK, U.S. DISTRICT COURT
4/2/2021
CENTRAL DISTRICT OF CALIFORNIA
BY: gga DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RELMAN, DANE & COLFAX PLLC,<br><br>　　Plaintiff,<br><br>　　v.<br><br>FAIR HOUSING COUNCIL OF SAN FERNANDO VALLEY AND MEI LING,<br><br>　　Defendants.<br><br>- - - - - - - - - - - - - - - - - - - - - - - - - -<br><br>MEI LING,<br><br>　　Counter-Claimant,<br><br>　　v.<br><br>RELMAN, DANE & COLFAX PLLC,<br><br>　　Counter-Defendant. | CASE NO. 2:19-cv-08612-PSG-JC(x)<br><br>**DEFENDANT LING'S OBJECTIONS TO RELMAN'S INACCURATE PROPOSED ORDER REGARDING JUDGE GUTIERREZ'S DOCKET 197 ORDER FOR SANCTIONS AND ENTRY OF DEFAULT JUDGMENT**<br><br>JUDGE: Honorable Philip S. Gutierrez<br>COURTROOM: 6A (First St. Court)<br><br>MAGISTRATE JUDGE:<br>　　Honorable Jacqueline Chooljian<br>COURTROOM: 750 (Roybal Court) |

MEI LING
IN PRO PERSONA

LING'S OBJECTIONS TO RELMAN'S INACCURATE PROPOSED ORDER REGARDING DOCKET #197 ORDER FOR SANCTIONS. FEES. AND ENTRY OF DEFAULT

On March 16, 2021, the RELMAN Law Firm received the Court's Minute Order (ECF No. 197) relating to its Motion for Default Judgment, wherein the Relman plaintiffs were ordered to file a revised proposed judgment that: (1) **is consistent** with the Court's March 16, 2021 Order, and the Court's prior rulings construing the Agreement, and (2) reflects the reduced fee award related to Ling's discovery related conduct. Defendant LING requests that this Court reject the Relman firm's inaccurate proposed judgment, which is not consistent with, but deviates from the Court's Order - including but not limited to the following points.

A. Relman's proposed order does not list the parts that Judge Gutierrez denied. Relman's Item #1 states its Motion is Granted in Part, and Denied in Part - with its Item #2 stating what the Court granted. Accordingly, Relman's Item #3 must then state what the Court denied.

B. The Court's Order does not "DECLARE and ADJUDGE" what Relman lists as 3 a., 3b., and 3c. Rather, the Relman firm's request for 1/3 of the recovery was denied. The Court's November 24, 2020 Order at page 10 states: "Relman is only entitled to one-third of Ling's monetary recovery **if certain conditions, set forth in the Agreement, are satisfied.** Therefore, the Court DENIES IN PART Relman's Motion for summary judgment."

C. Relman's Item #5 must be omitted, as the March 16, 2021 Court Order, does not include that: "The Clerk is directed to close this matter."

For the above reasons, the Relman's Proposed Order must be REJECTED.

DATED: April 2, 2021

*Mei Ling*
———————————————
Mei Ling - in pro persona

MEI LING, IN PRO PERSONA

- 2 -

LING'S OBJECTIONS TO RELMAN'S INACCURATE PROPOSED ORDER REGARDING DOCKET #197 ORDER FOR SANCTIONS, FEES, AND ENTRY OF DEFAULT

## PROOF OF SERVICE BY E-MAILING

I am over the age of 18 and not a party to the within action. I am a resident of the County of Los Angeles at 6750 Whitsett Ave. #373  North Hollywood, Calif. 91606

On April 2, 2021,  I served a true copy of the below captioned documents:

**DEFENDANT MEI LING'S OBJECTIONS TO RELMAN'S PROPOSED ORDER REGARDING JUDGE GUTIERREZ'S DOCKET #197 ORDER FOR SANCTIONS AND ENTRY OF DEFAULT JUDGMENT**

on each person or entity named below,  via email, and by U.S. mail with postage fully prepaid to the following addresses:

(for Fair Housing Council)

**Donald Warren,  Phillip Benson**
7825 Fay Avenue - Suite #200
La Jolla, California   92037

DonWarren@WarrenBensonLaw.com
PhilBenson@WarrenBensonLaw.com

(for Relman Dane Colfax)

| | |
|---|---|
| **Benjamin Razi, Andrew Soukup, Dan Rios** | **Ryan H. Weinstein** |
| Covington & Burling - One City Center | Covington & Burling LP |
| 850 Tenth Street, N.W. | 1999 Avenue of the Stars - Suite 3500 |
| Washington, D.C.  20001-4956 | Los Angeles, California   90067-4643 |
| BRazi@Cov.com | RWeinstein@Cov.com |
| ASoukup@Cov.com | |
| DRios@Cov.com | |

I declare under penalty of perjury, under the laws of the United States of America,  that the foregoing is true and correct.

Executed on April 2, 2021

*Althemus Joseph Delahoussaye*

Althemus Joseph Delahoussaye

MEI LING
.IN PRO PERSONA

PROOF OF SERVICE
MEI LING'S EX-PARTE TO VACATE ORDERS RE: REPORT & RECOMMENDATION. AND DKT. #197 FOR ATTY. FEES