# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES -REOPENING/CLOSING**        JS-6

**Case No.** CV 19-8612-PSG (JCx)                                  **Date** 04/15/21

**Title:** RELMAN COLFAX PLLC v. FAIR HOUSING COUNCIL OF SAN FERNANDO VALLEY et a

**Present: The Honorable** Philip S. Gutierrez, U.S. District Judge

| W. Hernandez | Not Reported | N/A |
|---|---|---|
| **Deputy Clerk** | **Court Reporter / Recorder** | **Tape No.** |

**Attorneys Present for Plaintiffs:**           **Attorneys Present for Defendants:**

Not Present                                                         Not Present

---

**Proceedings:**   ☐ In Court        ☒ In Chambers        ☐ Counsel Notified

☐ Case previously closed in error.  Make JS-5.

☒ Case should have been closed on entry dated ____4/2/21____.

☐ Case settled but may be reopened if settlement is not consummated within _____ days. Make JS-6.

☐ Other _____

☐ Entered _____.

**Initials of Preparer** ____wh____